B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Papandria, Anthony Andrew** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7034** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**505 Bethany Drive**<br>**Shorewood, IL**<br>ZIP Code **60404** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding |
|---|---|---|
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:            **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Papandria, Anthony Andrew** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Papandria, Anthony Andrew** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Anthony Andrew Papandria__
Signature of Debtor   **Anthony Andrew Papandria**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 29, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X __/s/ John A. Lipinsky__
Signature of Attorney for Debtor(s)

**John A. Lipinsky 6207678**
Printed Name of Attorney for Debtor(s)

**Coman & Anderson, P.C.**
Firm Name

**2525 Cabot Drive**
**Suite 300**
**Lisle, IL 60532**
_____
Address

**Email: jlipinsky@comanderson.com**
**630/428-2660  Fax: 630/428-2549**
Telephone Number

**April 29, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Anthony Andrew Papandria**                                    Case No.

                                                       Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Anthony Andrew Papandria**
                         **Anthony Andrew Papandria**
Date:   **April 29, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony Andrew Papandria**               ,     Case No. _____

                          Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,392,000.00 | | |
| B - Personal Property | Yes | 4 | 731,333.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,438,546.19 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 609,145.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 978,321.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,898.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,718.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 2,123,333.16 | | |
| Total Liabilities | | | | 3,026,013.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony Andrew Papandria** _____,     Case No. _____

                                                  Debtor                        Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Anthony Andrew Papandria**             ,      Case No. _____

                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Location: 505 Bethany Drive, Shorewood IL** | **Tenancy by the Entirety** | - | **412,000.00** | **420,976.00** |
| **1908 Eisenhower Lane Bolingbrook, IL 60490** | **Fee simple** | J | **980,000.00** | **1,000,000.00** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **1,392,000.00** | (Total of this page) |
| Total > | **1,392,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Anthony Andrew Papandria** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint checking account** | J | 91.75 |
| | | **MECU Credit Union** | - | 5.00 |
| | | **Team Concrete Checking account Fifth Third Bank** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator $200; Stove $100; Kitchen table/chairs $300; Dishwasher $50; Couch $50; Loveseat $50; TV $20; Stereo $50; TV Stand $10; 3 lamps $30; Kids TV $15; TV Stand $5; Rocking chair $50; Double rocker $75; Curio cablinet $50; lam $50; Dinette set $300; Cabinet $50; Washer $20; Dryer $30; Master bedroom set$650; 2 lamps $50; Lab table $10; lamp $5; 2 twin beds $60; 3 dressers$70; Chest $30; Nightstand $10; 2 lamps $10; TV $25; TV stand $5, Misc. household items $500** | J | 1,465.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Typical wearing apparel for adult male** | H | 300.00 |
| 7. Furs and jewelry. | | **Wedding band** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >   1,962.75
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **Anthony Andrew Papandria**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Motorola 401(k)** | J | 30,000.00 |
| | | **Wachovia Securities Qualified IRA** | H | 12,657.16 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Norview Homes 50% shareholder No longer operating** | H | 0.00 |
| | | **Team Concrete 33% interest No longer operating** | - | 0.00 |
| | | **ITAP Resources 100% interest Involuntarily dissolved 8/10/07** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >            42,657.16
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                                                                  ,          Case No. _____
                                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Original Contractor's Claim for Lien Team Concrete lien recorded in Will Co., Illinois R2006209321 15454 Dan Patch Dr., Plainfield, IL  60544** | - | 6,707.00 |
| | | **Team Concrete Original Contractors Claim for Lien Will Co. R2005013412 Audie and Jane Harris, 910 Ridge Rd., Shorewood, IL 60431** | - | 11,743.75 |
| | | **Michael O'Sullivan liability for corporate debt contribution (Team Concrete) and theft of corporate assets** | - | 300,000.00 |
| | | **Edward (Eamon) J. Concannon for corporate debt contribution (Team Concrete and Norview Homes) and for theft of corporate assets** | - | 350,000.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Plymouth Sundance Mother on title with debtor** | - | 187.50 |
| | | **2003 Ford Excursion Registered to ITAP Resources, Inc.** | H | 17,000.00 |
| | | **1996 Saturn SL2 Sold to brother in 2007 but was never retitled. Father and debtor on title** | J | 575.00 |

Sub-Total >        686,213.25
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Miscellaneous household items, tools** | - | 500.00 |

Sub-Total >          **500.00**
(Total of this page)

Total >          **731,333.16**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                   Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Anthony Andrew Papandria**                                    ,    Case No. _____

                                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 505 Bethany Drive, Shorewood IL** | **735 ILCS 5/12-901** | **15,000.00** | **412,000.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Refrigerator $200; Stove $100; Kitchen table/chairs $300; Dishwasher $50; Couch $50; Loveseat $50; TV $20; Stereo $50; TV Stand $10; 3 lamps $30; Kids TV $15; TV Stand $5; Rocking chair $50; Double rocker $75; Curio cablinet $50; lam $50; Dinette set $300; Cabinet $50; Washer $20; Dryer $30; Master bedroom set$650; 2 lamps $50; Lab table $10; lamp $5; 2 twin beds $60; 3 dressers$70; Chest $30; Nightstand $10; 2 lamps $10; TV $25; TV stand $5, Misc. household items $500** | **735 ILCS 5/12-1001(b)** | **1,465.00** | **2,930.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Typical wearing apparel for adult male** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding band** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Motorola 401(k)** | **735 ILCS 5/12-1006** | **30,000.00** | **30,000.00** |
| | | | |
| **Wachovia Securities** | **735 ILCS 5/12-1006** | **13,000.00** | **12,657.16** |
| **Qualified IRA** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1988 Plymouth Sundance** | **735 ILCS 5/12-1001(c)** | **187.50** | **375.00** |
| **Mother on title with debtor** | | | |

|  | Total: | **60,052.50** | **458,362.16** |

<u>  0  </u>   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Anthony Andrew Papandria** ,  Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment | | | | | |
| **American Home Mortgage Servicing c/o Codilis & Assoc, P.C. 15W030 N. Frontage Rd., Ste. 100 Willowbrook, IL 60527** | | - | **Notice Only Foreclosure on 1908 Eisenhower Ln., Bolingbrook** | | | | | |
| | | | Value $          **Unknown** | | | | 0.00 | **Unknown** |
| Account No. | | | **Trustee for Certificate Holder CWALT** | | | | | |
| **Bank of New York c/o Fisher & Shapiro, LLC 4201 Lake Cook Rd. Northbrook, IL 60062-1060** | | | **Notice Only Plaintiff in foreclosure on 1908 Eisenhower Ln., Bolingbrook** | | | | | |
| | | | Value $          **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | **2/23/07** | | | | | |
| **Beeanna, Inc. 505 Bethany Dr. Shorewood, IL 60404** | | - | **Third Mortgage 1908 Eisenhower Lane Bolingbrook, IL  60490** | | | | | |
| | | | Value $       **980,000.00** | | | | 150,000.00 | 20,000.00 |
| Account No. | | | **Trustee Series Indx 2006-AR11 for IndyMac Bank** | | | | | |
| **Deutsche Bank National Trust c/o Law Office of Ira Nevel 175 N. Franklin, Ste. 201 Chicago, IL 60606** | | - | **Notice Only Trust Co. for Indymac Bank. Foreclosure on 505 Bethany Drive, Shorewood IL** | | | | | |
| | | | Value $       **412,000.00** | | | | 0.00 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 150,000.00 | 20,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Anthony Andrew Papandria**                                    ,      Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx4010**<br><br>**Ford Credit**<br>**P.O. Box 537901**<br>**Livonia, MI 48153-7901** | | - | 6/2004<br><br>**Purchase Money Security**<br><br>**2003 Ford Excursion**<br>**Registered to ITAP Resources, Inc.** | | | | | |
| | | | Value $            17,000.00 | | | | 17,570.19 | 570.19 |
| Account No. **xxxxxx0627**<br><br>**HLB Mortgage**<br>**520 Broadhollow Rd.**<br>**Melville, NY 11747** | X | J | 12/2/05<br><br>**Second Mortgage**<br><br>**1908 Eisenhower Lane**<br>**Bolingbrook, IL  60490** | | | | | |
| | | | Value $            980,000.00 | | | | 255,000.00 | 0.00 |
| Account No.<br><br>**HLB Mortgage**<br>**520 Broadhollow Rd.**<br>**Melville, NY 11747** | X | J | 12/2/05<br><br>**First Mortgage**<br><br>**1908 Eisenhower Lane**<br>**Bolingbrook, IL  60490** | | | | | |
| | | | Value $            980,000.00 | | | | 595,000.00 | 0.00 |
| Account No. **xxxxxxxxx5081**<br><br>**Indy Mac Bank**<br>**6900 Beatrice Dr.**<br>**Kalamazoo, MI 49009-9559** | X | J | 3/2006<br><br>**1st Mortgage**<br><br>**Location: 505 Bethany Drive,**<br>**Shorewood IL** | | | | | |
| | | | Value $            412,000.00 | | | | 337,114.00 | 0.00 |
| Account No. **xxxxxxxxx5115**<br><br>**Indy Mac Bank**<br>**6900 Beatrice Dr.**<br>**Kalamazoo, MI 49009-9559** | | - | 3/2006<br><br>**Second Mortgage**<br><br>**Location: 505 Bethany Drive,**<br>**Shorewood IL** | | | | | |
| | | | Value $            412,000.00 | | | | 83,862.00 | 8,976.00 |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,288,546.19 | 9,546.19 |
|---|---|

Total
(Report on Summary of Schedules)

| 1,438,546.19 | 29,546.19 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **Anthony Andrew Papandria** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    __Anthony Andrew Papandria_____,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606** | X | - | **Norview and Team Concrete 941 tax, penalties and interest for Q4 2003 - Q1 2007** | | | X | **19,240.65** | **0.00** | **19,240.65** |
| Account No. **Illinois Dept. of Economic Security Bankruptcy Unit, 3rd Floor 401 S. State St. Chicago, IL 60605** | X | - | **Norview and Team Concrete unemployment tax** | | | X | **39,000.00** | **39,000.00** | **0.00** |
| Account No. **IRS Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | X | - | **Norview and Team Concrete federal taxes, penalties and interest 2003-2007** | | | X | **550,904.69** | **0.00** | **550,904.69** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **39,000.00** |
|---|---|---|
| | | **609,145.34** | **570,145.34** |
| | Total (Report on Summary of Schedules) | **39,000.00** |
| | | **609,145.34** | **570,145.34** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Anthony Andrew Papandria**  Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br>**Aca, Antonia** <br>**1217 Kings Kurst** <br>**West Chicago, IL 60185** | X | | | | | **2005** <br>**Norview Homes employee** <br>**Laid off 10/2005** | | | | 500.00 |
| Account No. **xxxxx2680** <br><br>**Advanced Physicians** <br>**16101 Weber Rd.** <br>**Crest Hill, IL 60403** | - | | | | | **Medical Services** | | | | 120.00 |
| Account No. <br><br>**Aguilar, Juan** <br>**611 Richmond** <br>**Joliet, IL 60435** | X | - | | | | **10/2005** <br>**Norview Homes employee** <br>**laid off 10/2005** | | | | 0.00 |
| Account No. <br><br>**American Dirtwerks** <br>**918 Arrowhead Dr.** <br>**Elwood, IL 60421** | X | - | | | | **Business account** | | | | 7,386.00 |

| | | Subtotal <br>(Total of this page) | 8,006.00 |
|---|---|---|---|

__29__  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:35169-080317   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Andrew Papandria**                                      ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxxxx-x1001** | | | | various Revolving business credit account charged off by credit grantor | | | | |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | - | | | | | | |
| | | | | | | | | **3,802.52** |
| Account No. | | | | Norview Homes association dues | | | | |
| **Americana Estates Homeowners Assn** 123 E. Ogden Ave. Ste. 202 Hinsdale, IL 60521 | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx9857** | | | | various Medical services | | | | |
| **Anesthesia Cons. of Morris, LLC** P.O. Box 88271 Dept. A Chicago, IL 60680-1271 | | - | | | | | | |
| | | | | | | | | **190.80** |
| Account No. **xxxxxxxx9014** | | | | Medical services | | | | |
| **Associate Pathologists of Joliet** 330 Madison St. Ste. 200A Joliet, IL 60435 | | - | | | | | | |
| | | | | | | | | **30.60** |
| Account No. **xxx-xxx-4306** | | | | various Business cell phone provider | | | | |
| **AT&T** 5020 Ash Grove Rd. Springfield, IL 62711 | | - | | | | | | |
| | | | | | | | | **372.33** |

Sheet no. __1___ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,396.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                                               ,    Case No. _____
                                                                 **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0205**<br><br>**Bank of America**<br>**P.O. box 15026**<br>**Wilmington, DE 19850-5026** | - | | | **various**<br>**Revolving credit account**<br>**Primarily business debt**<br>**in collection** | | | | **13,761.00** |
| Account No.<br><br>**BlueTek Blueprinting, Inc.**<br>**Ste. 1**<br>**12249 S. Rhea Dr.**<br>**Plainfield, IL 60544** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Bozarth, Michael and Amy**<br>**500 Bethany**<br>**Shorewood, IL 60404** | - | | | **Possible warranty claim against business** | | | X | **Unknown** |
| Account No.<br><br>**Buckingham Builders Corp.**<br>**13331 Ione St.**<br>**Plainfield, IL 60544** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Cach LLC**<br>**370 17th St. Ste. 5000**<br>**Denver, CO 80202** | - | | | **Unknown original creditor** | | | X | **18,224.23** |

Sheet no. __2___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,985.23**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria__ ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Carpenter's Union** **12 E. Erie St.** **Chicago, IL 60611** | X | - | **Team Concrete business debt** | | | X | **8,000.00** |
| Account No. **Carroll Distributing & Construction** **205 S. Iowa Ave.** **Ottumwa, IA 52501** | | - | **Personal guaranty on Team Concrete debt** | | | X | **0.00** |
| Account No. **Cement Masons Union** **c/o Donald Schwartz** **19 W. Jackson Blvd.** **Chicago, IL 60604** | X | - | **Trustees of Cement Masons Pension Fund Local 502 v. Team Concrete** | | | X | **Unknown** |
| Account No. **Central DuPage Hospital** **0N025 Winfield Rd.** **Winfield, IL 60190** | | - | **Medical services** **Workers compensation for Team Concrete** | | | | **Unknown** |
| Account No. **Central Professional Group, Ltd.** **210 N. Hammes** **Ste. 103** **Joliet, IL 60435** | | - | **Medical services** | | | | **Unknown** |

Sheet no. __3___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                          **8,000.00**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Andrew Papandria**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Century 21** <br> **1215 E. 9th St.** <br> **Lockport, IL 60441** | | - | | | | X | **Unknown** |
| Account No. | | | 10/2005 <br> **Norview Homes employee** <br> **laid off 10/2005** | | | | |
| **Cervantes, Jose** <br> **604 Landau Ave.** <br> **Joliet, IL 60432** | X | - | | | | | **0.00** |
| Account No. | | | 10/2005 <br> **Norview Homes employee** <br> **laid off 10/2005** | | | | |
| **Cervantes, Ramon** <br> **513 Benton St.** <br> **Joliet, IL 60432** | | - | | | | | **0.00** |
| Account No. | | | | | | | |
| **Chicago and NE Illinois District** <br> **Council of Carpenters** <br> **12 E. Erie St.** <br> **60611** | | - | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Chicago Title Insurance Co.** <br> **2720 W. 111th St.** <br> **Ste. 302** <br> **Naperville, IL 60564** | | - | | | | X | **Unknown** |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                                ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **papan000** | | | | **Medical services** | | | | |
| **Clincal Assoc. in Medicine, LLC** **330 N. Madison St.** **Ste 303** **Joliet, IL 60435** | | - | | | | | | 150.40 |
| Account No. **xxxxxxxxxxx4644** | | | | **Revolving business credit account** | | | | |
| **CNH Capital** **Dept. CH 10460** **Palatine, IL 60055** | | - | | | | | | 3,842.73 |
| Account No. **xxxxxxxxxxx4644** | | | | **various** **deficiency for two 2004 New Holland SSL  skid loaders repossessed 4/24/2007** | | | | |
| **CNH Capital** **P.O. Box 1083** **Evansville, IN 47706-1083** | | - | | | | | | 14,000.00 |
| Account No. | | | | **various** **Team Concrete debt** | | | | |
| **Coal City Trucking Co.** **P.O. Box 116** **Coal City, IL 60416** | X | - | | | | | | 3,645.60 |
| Account No. | | | | **Small claims suit (satisfied)** **06 SC K 317** **Kane Co., Illinois** | | | | |
| **Coffman Truck Sales** **c/o Mickey Wilson Weiler** **P.O. Box 787** **Aurora, IL 60507** | X | - | | | | | X | 0.00 |

Sheet no. __5___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,638.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xx-xxx-xxx3813**<br><br>**Comcast**<br>**1711 E. Wilson St.**<br>**Batavia, IL 60510** | - | | | | **Utilities** | | | | **Unknown** |
| Account No.<br><br>**ComEd**<br>**System Credit/Bankruptcy Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | - | | | | **Utilities 505 Bethany**<br>**Shorewood, IL** | | | | **2,000.00** |
| Account No.<br><br>**ComEd**<br>**System Credit/Bankruptcy Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | - | | | | **Utilities 1908 Eisenhower**<br>**Bolingbrook, IL** | | | | **3,000.00** |
| Account No. **xxxxxxxxxxx3933**<br><br>**Conseco Financial**<br>**P.O. Box 981206**<br>**El Paso, TX 79998-1206** | - | | | | **various**<br>**Revolving business credit account**<br>**transferred to another lender** | | | | **Unknown** |
| Account No. **CILxxxxx406-0**<br><br>**Cook Co. State's Attorney**<br>**P.O. Box A3984**<br>**Chicago, IL 60690-3984** | - | | | | **2005**<br>**Team Concrete NSF check** | | | X | **808.68** |

Sheet no. __6___ of __29___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,808.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria__ ,                          Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx7300**<br><br>**Corwin Medical Care, Ltd.**<br>**15722 S. Division St.**<br>**Ste. 142**<br>**Plainfield, IL 60544** | | - | | **various**<br>**Medical services**<br>**in collections** | | | | **466.40** |
| Account No.<br><br>**Crossroads Equipment**<br>**24305 W. Riverside Dr.**<br>**Unit 1**<br>**Channahon, IL 60410** | | - | | **Business debt** | | | | **200.00** |
| Account No.<br><br>**Custom Design Systems, Inc.**<br>**P.O. Box 210**<br>**Oak Lawn, IL 60454** | X | - | | **Norview Homes**<br>**Goods sold** | | | | **2,899.00** |
| Account No.<br><br>**Custom Dream Builders, Inc.**<br>**5920 W. 111th St.**<br>**Chicago Ridge, IL 60415** | | - | | | | | X | **Unknown** |
| Account No.<br><br>**DBK and Associates** | | - | | | | | | **0.00** |

Sheet no. __7__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **3,565.40**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Andrew Papandria** _____,   Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **Business debt** | | | X | |
| **Dean Allen Builders** **1347 Naper-Plainfield Rd.** **Plainfield, IL 60544** | | | | | | | | **1,000.00** |
| Account No. | | - | | **Medical services** | | | | |
| **Deerpath Orthoedic Surgical Ctr.** **1051 W. Rt. 6** **Morris, IL 60450** | | | | | | | | **1,893.00** |
| Account No. **xxxx-xxxx-xxxx-2175** | | - | | **various** **Revolving credit account** **charged off by credit grantor** **Primarily business debt** | | | | |
| **Discover Card** **P.O. Box 30943** **Salt Lake City, UT 84130** | | | | | | | | **13,877.00** |
| Account No. **xxxxxxxx7700xxx** | X | - | | **various** **Revolving credit account** | | | | |
| **Discover Financial Services, LLC** **P.O. Box 15316** **Wilmington, DE 19850-5316** | | | | | | | | **9,752.00** |
| Account No. **xxxx-xxxx-xxxx-8710** | | - | | **various** **Revolving credit account** **written off by lender** **Business debt** | | | | |
| **Discover More Card** **P.O. Box 30943** **Salt Lake City, UT 84130** | | | | | | | | **13,763.00** |

Sheet no. __8___ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **40,285.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Andrew Papandria** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5122N** | | | Medical services | | | | |
| DJ Ortho P.O. Box 515471 Los Angeles, CA 90051-6771 | - | | | | | | 1,605.00 |
| Account No. | | | 2005 Norview Builders construction issues | | | X | |
| Doggett, Daniel and Nancy 516 Bethany Joliet, IL 60431-0657 | - | | | | | | Unknown |
| Account No. | | | | | | X | |
| Edward Concannon 9417 Tulley Ave. Lyons, IL 60534 | - | | | | | | Unknown |
| Account No. | | | Loan | | | | |
| English, William 23722 W. McClintock Channahon, IL 60410 | - | | | | | | 2,200.00 |
| Account No. | | | | | | X | |
| Environmental Recycling & Disposal 2277 Moen Ave. Joliet, IL 60436 | - | | | | | | Unknown |

Sheet no. **9** of **29** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,805.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                                    ,     Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Excel Waterproofing Service, Inc.** 6662 W. 99th St. Chicago Ridge, IL 60415 | X | - | | Team Concrete purchase | | | | 30,000.00 |
| Account No. **Faletto Floorworks** 111 Illinois St. Lemont, IL 60439 | | - | | various Business debt | | | | 600.00 |
| Account No. **Figura, Mark and Joy** 1330 Citadel Dr. Joliet, IL 60435 | X | - | | 10/2006 Breach of contract with Team Concrete | | | | 5,015.95 |
| Account No. **First American Title Insurance Co.** 56 N. Chicago St. Joliet, IL 60432 | | - | | | | | X | Unknown |
| Account No. **First Midwest Bank** 410 W. Lockport St. Plainfield, IL 60544 | X | - | | Confession judgment | | | X | 95,592.00 |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,207.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Andrew Papandria**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee of Norview Homes | | | | |
| Flores, Antonio 374 White Side Dr. Joliet, IL 60435 | | - | | | | | | 1,000.00 |
| Account No. | | | | Business debt | | | | |
| Fox River Builders, Ltd. 495 Prairie Knoll Dr. Naperville, IL 60565 | | - | | | | | X | Unknown |
| Account No. | | | | Medical services | | | | |
| Future Diagonstics Group 254 N. Republic Joliet, IL 60435 | | - | | | | | | Unknown |
| Account No. | | | | Any potential claim against former businesses | | | | |
| General Enterprises, Inc. 5309 Sunmeadow Dr. Plainfield, IL 60544 | | - | | | | | X | Unknown |
| Account No. | | | | Team Concrete business debt | | | | |
| GLM Financial Group, Ltd. 20856 North Rand Rd. Barrington, IL 60010 | X | - | | | | | | 1,910.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,910.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Andrew Papandria**                                      ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6033**<br><br>**GM Mastercard**<br>**P.O. Box 80082**<br>**Salinas, CA 93912-0082** | | - | **various**<br>**Revolving credit account**<br>**charged off by credit grantor** | | | | **9,356.00** |
| Account No.<br><br>**Granados, Miguel**<br>**1329 S. 50 Ct.**<br>**Cicero, IL 60804** | | - | **10/2005**<br>**Norview Homes employee**<br>**laid off 10/2005** | | | | **1,000.00** |
| Account No.<br><br>**Grundy Redimix**<br>**P.O. Box 652**<br>**Morris, IL 60450** | X | - | **Various**<br>**Team Concrete business debt**<br>**includes debt to Central Illinois Conveying.** | | | | **53,000.00** |
| Account No. **xx-xxxxx5557**<br><br>**Hanover Insurance Group**<br>**c/o Credit Collection Services**<br>**Two Wells Ave., Dept. 9134**<br>**Newton Center, MA 02459** | | - | **Homeowners insurance** | | | | **488.00** |
| Account No. **xxxx-xxxx-xxxx-7132**<br><br>**Harlem Furniture**<br>**WFNNB Bankruptcy Dept.**<br>**P.O. Box 182125**<br>**Columbus, OH 43218-2125** | | - | **Revolving credit account**<br>**Norview Homes debt**<br>**in Collection with World Financial Network**<br>**National Bank Recovery** | | | | **12,410.89** |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76,254.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Andrew Papandria**                                      ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx7181**  Harlem Furniture WFNNB Bankruptcy Dept. P.O. Box 182125 Columbus, OH 43218-2125 | X | J | | **various** **Revolving credit account** | | | | 12,930.00 |
| Account No. **xxxxx2299**  Harris Bank c/o Baron's Creditors Services Corp 155 Revere Dr., Ste. 9 Northbrook, IL 60062 | X | - | | **ITAP Resources dept** | | | | 847.78 |
| Account No.  Harris, Al and Jane 910 Ridge Rd. Shorewood, IL 60404 | | - | | **Possible warranty claim against business** | | | X | Unknown |
| Account No.  Hedges Clinic 222 Colorado Ave Joliet, IL 60432 | | - | | **Medical services** | | | | 622.00 |
| Account No.  Heritage, FS c/o Jerome Shapiro 501 Lowe Rd. Aroma Park, IL 60910 | X | - | | **11/2007** **Will Co. lawsuit** **07-SC-8916** **Judgment** | | | X | 5,488.00 |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,887.78

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Andrew Papandria**                                            ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**HMD Trucking, Inc.**<br>**11301 Irving Park Rd.**<br>**Franklin Park, IL 60131** | - | | | | | | | X | <br><br><br><br>**Unknown** |
| Account No. **xxxxxxxxxxxx1819**<br><br>**Home Depot**<br>**P.O. Box 689100**<br>**Des Moines, IA 50368-9100** | - | | | | **various**<br>**Revolving credit account**<br>**Personal and business debt** | | | | <br><br><br><br>**1,601.98** |
| Account No.<br><br>**Illinois American Water**<br>**110 N. Water Works Dr.**<br>**Belleville, IL 62223** | - | | | | **Utilities for 1908 Eisenhower, Bolingbrook** | | | | <br><br><br><br>**3,000.00** |
| Account No.<br><br>**Illinois Tollway**<br>**P.O. Box 5201**<br>**Lisle, IL 60532-5201** | - | | | | **various**<br>**I-Pass fines, primarily penalties** | | | | <br><br><br><br>**3,300.00** |
| Account No.<br><br>**Illinois Truck and Equipment**<br>**320 Briscoe Dr.**<br>**Morris, IL 60450** | - | | | | **Business debt** | | | | <br><br><br><br>**1,300.00** |

Sheet no. __**14**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,201.98**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria_____,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| James Scott Custom Builders 1190 Washington St. Bolingbrook, IL 60440 | - | | | | | | | X | Unknown |
| Account No. | | | | | Any potential claim against former businesses | | | | |
| Kirby Construction Co. P.O. Box 912 Mokena, IL 60448 | - | | | | | | | X | Unknown |
| Account No. | | | | | | | | | |
| Law Office of Eileen R. Fitzgerald 1561 Warren Ave. Downers Grove, IL 60515 | - | | | | | | | X | Unknown |
| Account No. | | | | | 10/2005 Norview Homes employee laid off 10/2005 | | | | |
| Lopez, Enrique 2727 Avers Ave. Chicago, IL 60623 | - | | | | | | | | 500.00 |
| Account No. xxx-xxxx-xxx724-9 | | | | | Revolving business credit account | | | | |
| Lowes GE Money Bank, Attn: Bankruptcy Dpt P.O. Box 103104 Roswell, GA 30076 | - | | | | | | | | 499.32 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     999.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Andrew Papandria**                                          ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lung, Deanette and Adrian**<br>**502 Bethany**<br>**Shorewood, IL 60404** | - | | **Potential warranty claim against business** | | | X | **Unknown** |
| Account No.<br><br>**Lyons Lumber**<br>**100 E. Washington St.**<br>**Joliet, IL 60432** | - | | **Business debt** | | | | **2,000.00** |
| Account No.<br><br>**Marten, Kelly** | - | | **Team Concrete employee** | | | | **700.00** |
| Account No.<br><br>**Martinez, Gregorio** | - | | **Team Concrete employee** | | | | **2,000.00** |
| Account No.<br><br>**Martinez, Jose Jesus**<br>**815 Otis Ave.**<br>**Joliet, IL 60436** | - | | **Norview employee** | | | | **1,000.00** |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,700.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Andrew Papandria**                                          ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Any potential claim against former businesses | | | | |
| Mary D's 9417 Tulley Ave. Lyons, IL 60534 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Team Concrete debts | | | | |
| McCann 543 S. Rohlwing Road Addison, IL 60101 | X | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2005 Norview Homes debt | | | | |
| McNaughton Realty, Inc. 123 E. Ogden Ave. Ste. 202 Hinsdale, IL 60521 | X | - | | | | | |
| | | | | | | | 32,422.00 |
| Account No. xxxx-xxxx-xxxx-2746 | | | Revolving credit account Primarily business debt | | | | |
| MECU Visa P.O. Box 30495 Tampa, FL 33630 | X | - | | | | | |
| | | | | | | | 15,183.24 |
| Account No. PA4162ACM | | | various Medical services collection agency | | | | |
| Medical Business Bureau P.O. Box 1219 Park Ridge, IL 60068-7219 | | - | | | | | |
| | | | | | | | 190.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,795.24

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria_____ ,   Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | | | | | |
| Medina, Gabriel 7919 S. Mayfield Ave. Burbank, IL 60459 | | | | | | | | 700.00 |
| Account No. **xxxx-xxxx-xxxx-1408** | | | - | various Revolving credit account | | | | |
| Menards Retail Services P.O. Box 15521 Wilmington, DE 19850-5521 | | | | | | | | 0.00 |
| Account No. | | | - | | | | X | |
| Michael O'Sullivan 10503 Oxford St. Chicago Ridge, IL 60415 | | | | | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-2746** | X | J | | 1/1996 Revolving credit account | | | | |
| Motorola ECU 1205 E. Algonquin Rd. Schaumburg, IL 60196 | | | | | | | | 14,874.00 |
| Account No. | X | | - | Narvick Bros. Lumber v. Team Concrete, et al. 2006 LM 144 Grundy Co., Illinois | | | | |
| Narvick Bros. c/o Strufe & McClarey 313 S. Prairie Ave., P.O. Box 9 Dwight, IL 60420 | | | | | | | | 38,000.00 |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **53,574.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Andrew Papandria**                                        ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Revolving credit account | | | | |
| **New Holland Credit P.O. Box 0507 Carol Stream, IL 60137-0507** | X | - | | | | | |
| | | | | | | | 15,000.00 |
| Account No. | | | Team Concrete debt | | | | |
| **New Holland Equipment Financing CNH Capital, attn HRBK 233 Lake Ave. Racine, WI 53403** | | - | | | | | |
| | | | | | | | 14,000.00 |
| Account No. | | | Utilities 1908 Eisenhower Bolingbrook, IL | | | | |
| **Nicor Gas P.O. Box 2020 Aurora, IL 60507-8350** | | | | | | | |
| | | | | | | | 5,000.00 |
| Account No. **xx-xx-xx-x804-4** | | | various Utilities 505 Bethany Shorewood, IL | | | | |
| **Nicor Gas P.O. Box 2020 Aurora, IL 60507-8350** | | - | | | | | |
| | | | | | | | 2,450.21 |
| Account No. | | | Any potential claim against former businesses | | | | |
| **Norview Builders 9417 Tulley Ave. Lyons, IL 60534** | | - | | | | X | |
| | | | | | | | Unknown |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,450.21

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria_____,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible business liability | | | | |
| Norview Home Investments 505 Bethany Dr. Shorewood, IL 60404 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential business liabilities | | | | |
| Norview Homes c/o Edward J. Concannon 9417 Tulley Ave. Oak Lawn, IL 60534 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Any possible claim against former businesses | | | | |
| O'Sullivans Irish Pub &Restaurant 9417 Tulley Ave. Lyons, IL 60534 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. **Hxx-x2692** | | | | various Medical services | | | | |
| Open Advance MRI Plainfield P.O. Box 37293 Baltimore, MD 21297-3293 | | - | | | | | | |
| | | | | | | | | 70.70 |
| Account No. | | | | Team Concrete purchase | | | | |
| Original Concrete Pumping Svc., Inc 840 Fairway Dr. Bensenville, IL 60106 | X | - | | | | | | |
| | | | | | | | | 716.25 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

786.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Andrew Papandria**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Business debt | | | | |
| **Owens Supply** **10025 Clow Creek Dr.** **Plainfield, IL 60544** | - | | | | | | | | 9,000.00 |
| Account No. | | | | | | | | | |
| **Ozinga Readimix** **504 Railroad Ave.** **Joliet, IL 60436** | - | | | | | | | | 66,000.00 |
| Account No. | | | | | various Team Concrete debt | | | | |
| **Ozinga South Suburban Readimix** **18825 S. 96th Ave.** **Mokena, IL 60448** | - | | | | | | | | 15,000.00 |
| Account No. | | | | | Loan | | | | |
| **Papandria, Anthony & Judy** **305 Greenfield Rd.** **Shorewood, IL 60404** | - | | | | | | | | 40,000.00 |
| Account No. | | | | | 10/2005 Norview Homes employee laid off 10/2005 | | | | |
| **Pizano, Jorge** **1329 S. 50 Ct.** **Cicero, IL 60804** | - | | | | | | | | 1,000.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Team Concrete debt | | | | |
| Plainfield Signs 319 W. Main St. Plainfield, IL 60544 | | - | | | | | | 700.00 |
| Account No. | | | | Any potential claim against former businesses | | | | |
| Power by McGill 15200 Danpatch Plainfield, IL 60544 | | - | | | | | X | Unknown |
| Account No. | | | | various Medical services | | | | |
| Provena Home Care 991 Essington Rd. Joliet, IL 60435 | | - | | | | | | 23.00 |
| Account No. | | | | Medical services and workers compensation for Team Concrete in collection | | | | |
| Provena St. Joseph Medical Ctr. 333 N. Madison St. Joliet, IL 60435 | | - | | | | | | Unknown |
| Account No. | | | | various Medical services | | | | |
| Pullaru, Dr. Ragu 1122 Houbolt Rd. Joliet, IL 60431 | | - | | | | | | 7,000.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,723.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Andrew Papandria**                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Rathbun, Cservenyak & Kozol LLC**<br>**618 W. Main St.**<br>**Plainfield, IL 60544** | - | | | | | | | X | **Unknown** |
| Account No. **various** <br><br>**Rezin Orthopedics**<br>**c/o Midstate Collection Solutions**<br>**1711 S. Neil 2nd Fl.**<br>**Champaign, IL 61826-3292** | - | | | | **various**<br>**Medical Services**<br>**Rezin Ortho and Vital Care Physical Therapy** | | | | **8,460.00** |
| Account No. <br><br>**Rezin Orthopedics**<br>**1051 W. Rte. 6**<br>**Ste. 100**<br>**Morris, IL 60450** | - | | | | **Medical services** | | | | **126.00** |
| Account No. <br><br>**Rollingwood of Shorewood**<br>**Homeowners Assn.**<br>**520 Bethany**<br>**Joliet, IL 60431** | - | | | | **Norview Homes association dues** | | | | **900.00** |
| Account No. <br><br>**Royal American Homes**<br>**123 Ambassador Dr.**<br>**Ste. 151**<br>**Naperville, IL 60540** | - | | | | | | | X | **Unknown** |

Sheet no. __**23**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **9,486.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Andrew Papandria**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RTD Transport, Inc.**<br>**P.O. Box 73**<br>**Coal City, IL 60416** | X | - | **various**<br>**Team Concrete debt** | | | | **738.67** |
| Account No.<br><br>**Ruane Construction**<br>**8771 Laraway Rd.**<br>**Frankfort, IL 60423** | | - | **Civil Judmgent**<br>**Will Co. Illinois** | | | X | **2,668.00** |
| Account No.<br><br>**Ruettiger, Tonelli & Assoc., Inc.**<br>**2174 Oneida St.**<br>**Joliet, IL 60435** | | - | **Business debt** | | | | **250.00** |
| Account No.<br><br>**Safeco Insurance**<br>**500 N. Meridian St.**<br>**Indianapolis, IN 46204-1275** | X | - | **various**<br>**Business espense, bonds for Team Concrete and Norview Homes** | | | | **150.00** |
| Account No.<br><br>**SBC**<br>**Law Dept.**<br>**225 W. Randolph, Ste. 27A**<br>**Chicago, IL 60606** | | - | | | | | **950.00** |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,756.67**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Seigles 270 Industrial Dr. Hampshire, IL 60140 | - | | | Personal guaranty for Norview Homes | | | X | 0.00 |
| Account No.  Serna, Manuel 4522 N. Drake Chicago, IL 60625 | - | | | Norviw Homes employee | | | | 1,000.00 |
| Account No.  Shorewood-Troy Library 650 Deerwood Dr. Joliet, IL 60431 | - | | | library fines | | | | 100.00 |
| Account No.  Sierra Construction 116 N. May St. Joliet, IL 60435 | - | | | | | | X | Unknown |
| Account No.  Singla, Dr. Abhin 330 N. Madison St. Ste. 303 Joliet, IL 60435 | - | | | various Medical services | | | | 200.00 |

Sheet no. __25__ of __29__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)      1,300.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Andrew Papandria_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Possible business liability | | | X | |
| Team Concrete, Inc. 505 Bethany Shorewood, IL 60404 | | | | | | | | **Unknown** |
| Account No. | | | - | 10/2005 Norview Homes employee laid off 10/2005 | | | | |
| Tello, Rodrigo 39 W. 532 County Ridge Warrenville, IL 60555 | | | | | | | | **0.00** |
| Account No. | X | | - | 10/2005 Norview Homes employee laid off 10/2005 | | | | |
| Tello, Salvador 29 W. 532 County Ridge Warrenville, IL 60555 | | | | | | | | **1,000.00** |
| Account No. | X | | - | Team Concrete business debt | | | | |
| TH Davidson Readimix 10175 Vans Dr. Frankfort, IL 60423 | | | | | | | | **139,000.00** |
| Account No. **xx-xxxx2559** | X | | - | ITAP | | | | |
| The Hartford Insurance Group P.O. Box 2907 Hartford, CT 06104-2907 | | | | | | | | **133.00** |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**140,133.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Andrew Papandria**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Transport Twoing, Inc. 2615 Brandon Rd. Joliet, IL 60436 | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Medical services | | | | |
| Tyler Medical Services 525 Tyler Rd., Ste. J Saint Charles, IL 60174-3363 | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Team Concrete debt | | | | |
| United Construction Products 30 W. 435 N. Aurora Rd. Naperville, IL 60563 | X | - | | | | | | |
| | | | | | | | | **67,000.00** |
| Account No. xx-x38-01 | | | | 2005 Norview Homes debt | | | | |
| Upland Design, Ltd. 803 N. Bartlett Ave. Plainfield, IL 60544 | X | - | | | | | | |
| | | | | | | | | **2,708.55** |
| Account No. | | | | Potential claims against former businesses | | | | |
| Village of Bolingbrook 375 W. Briarcliff Rd. Bolingbrook, IL 60440 | | - | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,708.55**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Andrew Papandria**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village of Downers Grove**<br>**801 Burlington Ave.**<br>**Downers Grove, IL 60515** | | - | | | | | X | **Unknown** |
| Account No.<br><br>**Village of Palos Park**<br>**8999 W. 123rd ST.**<br>**Palos Park, IL 60464** | | - | | Potential claims against former businesses | | | X | **Unknown** |
| Account No. **xx3820**<br><br>**Village of Plainfield**<br>**24401 W. Lockport St.**<br>**Plainfield, IL 60544** | X | - | | Utilities for 15226 Vetel Ct. | | | | **139.97** |
| Account No.<br><br>**Village of Shorewood**<br>**903 W. Jefferson St.**<br>**Shorewood, IL 60431-9705** | X | - | | Team Concrete bill for services | | | | **2,305.75** |
| Account No.<br><br>**Virginia Surety Co., Inc.**<br>**1000 Milwaukee Ave.**<br>**Glenview, IL 60025** | X | - | | Team Concrete insurer<br>workers compensation policy audit<br>Judgment entered | | | | **88,000.00** |

Sheet no. __28__ of __29__ sheets attached to Schedule of          Subtotal          **90,445.72**
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Andrew Papandria**                                      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vital Care Physical Therapy** <br> **1051 W. U.S. Rte. 6** <br> **Ste. 400** <br> **Morris, IL 60450** | - | | **Medical services** <br> **d/b/a for Rezin Orthopedics** | | | | **0.00** |
| Account No. <br><br> **Welsch Redimix** <br> **806 Gardner St.** <br> **Joliet, IL 60433** | - | | **various** <br> **Team Concrete and Norview Homes debt** | | | | **2,800.00** |
| Account No. <br><br> **West Chicago Chiropractic** <br> **171-A N. Neltonor Blvd.** <br> **West Chicago, IL 60185** | - | | **Medical services** <br> **Workers compensation for Team Concrete** | | | | **Unknown** |
| Account No. **x0250** <br><br> **Willie Bros. Co.** <br> **c/o Recovery Concepts** <br> **125 E. Belt Line Rd.** <br> **Carrollton, TX 75006** | X - | | **2/2006** <br> **Business account** <br> **in collection** | | | | **4,710.00** |
| Account No. <br><br> **Worsley, Douglas & Mary Jane** <br> **504 Bethany Dr.** <br> **Shorewood, IL 60404** | - | | **Loan** | | | | **4,000.00** |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **11,510.00** |
| Total <br> (Report on Summary of Schedules) | **978,321.55** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Anthony Andrew Papandria** _____,   Case No. _____
             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __Anthony Andrew Papandria_____,   Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Anthony J. Papandria<br>305 Greenfield Rd.<br>Shorewood, IL 60404 | Discover Financial Services, LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | Figura, Mark and Joy<br>1330 Citadel Dr.<br>Joliet, IL 60435 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | TH Davidson Readimix<br>10175 Vans Dr.<br>Frankfort, IL 60423 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | McCann<br>543 S. Rohlwing Road<br>Addison, IL 60101 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | New Holland Credit<br>P.O. Box 0507<br>Carol Stream, IL 60137-0507 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | United Construction Products<br>30 W. 435 N. Aurora Rd.<br>Naperville, IL 60563 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | American Dirtwerks<br>918 Arrowhead Dr.<br>Elwood, IL 60421 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | Original Concrete Pumping Svc., Inc<br>840 Fairway Dr.<br>Bensenville, IL 60106 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | Excel Waterproofing Service, Inc.<br>6662 W. 99th St.<br>Chicago Ridge, IL 60415 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | Village of Shorewood<br>903 W. Jefferson St.<br>Shorewood, IL 60431-9705 |
| Eamon Concannon<br>9417 Tulley Ave.<br>Oak Lawn, IL 60534 | Coffman Truck Sales<br>c/o Mickey Wilson Weiler<br>P.O. Box 787<br>Aurora, IL 60507 |

**6**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Anthony Andrew Papandria** _____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Cement Masons Union**<br>**c/o Donald Schwartz**<br>**19 W. Jackson Blvd.**<br>**Chicago, IL 60604** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Narvick Bros.**<br>**c/o Strufe & McClarey**<br>**313 S. Prairie Ave., P.O. Box 9**<br>**Dwight, IL 60420** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Virginia Surety Co., Inc.**<br>**1000 Milwaukee Ave.**<br>**Glenview, IL 60025** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **GLM Financial Group, Ltd.**<br>**20856 North Rand Rd.**<br>**Barrington, IL 60010** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Heritage, FS**<br>**c/o Jerome Shapiro**<br>**501 Lowe Rd.**<br>**Aroma Park, IL 60910** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Harlem Furniture**<br>**WFNNB Bankruptcy Dept.**<br>**P.O. Box 182125**<br>**Columbus, OH 43218-2125** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Willie Bros. Co.**<br>**c/o Recovery Concepts**<br>**125 E. Belt Line Rd.**<br>**Carrollton, TX 75006** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Carpenter's Union**<br>**12 E. Erie St.**<br>**Chicago, IL 60611** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60606** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Illinois Dept. of Economic Security**<br>**Bankruptcy Unit, 3rd Floor**<br>**401 S. State St.**<br>**Chicago, IL 60605** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** |

Sheet   **1**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Anthony Andrew Papandria** _____,   Case No. _____

                             Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Grundy Redimix**<br>**P.O. Box 652**<br>**Morris, IL 60450** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **RTD Transport, Inc.**<br>**P.O. Box 73**<br>**Coal City, IL 60416** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **Coal City Trucking Co.**<br>**P.O. Box 116**<br>**Coal City, IL 60416** |
| **Eamon Concannon**<br>**9417 Tulley Ave.**<br>**Oak Lawn, IL 60534** | **First Midwest Bank**<br>**410 W. Lockport St.**<br>**Plainfield, IL 60544** |
| **I TAP**<br>**Dissolved corp.** | **The Hartford Insurance Group**<br>**P.O. Box 2907**<br>**Hartford, CT 06104-2907** |
| **I TAP**<br>**Dissolved corp.** | **Harris Bank**<br>**c/o Baron's Creditors Services Corp**<br>**155 Revere Dr., Ste. 9**<br>**Northbrook, IL 60062** |
| **Mary Papandria**<br>**505 Bethany Dr.**<br>**Shorewood, IL 60404** | **Indy Mac Bank**<br>**6900 Beatrice Dr.**<br>**Kalamazoo, MI 49009-9559** |
| **Mary Papandria**<br>**505 Bethany Dr.**<br>**Shorewood, IL 60404** | **HLB Mortgage**<br>**520 Broadhollow Rd.**<br>**Melville, NY 11747** |
| **Mary Papandria**<br>**505 Bethany Dr.**<br>**Shorewood, IL 60404** | **MECU Visa**<br>**P.O. Box 30495**<br>**Tampa, FL 33630** |
| **Mary Papandria**<br>**505 Bethany Dr.**<br>**Shorewood, IL 60404** | **Village of Plainfield**<br>**24401 W. Lockport St.**<br>**Plainfield, IL 60544** |
| **Mary Papandria**<br>**505 Bethany Dr.**<br>**Shorewood, IL 60404** | **Motorola ECU**<br>**1205 E. Algonquin Rd.**<br>**Schaumburg, IL 60196** |
| **Mary Papandria**<br>**505 Bethany Dr.**<br>**Shorewood, IL 60404** | **HLB Mortgage**<br>**520 Broadhollow Rd.**<br>**Melville, NY 11747** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Figura, Mark and Joy**<br>**1330 Citadel Dr.**<br>**Joliet, IL 60435** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re   **Anthony Andrew Papandria**                                    ,   Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **TH Davidson Readimix**<br>**10175 Vans Dr.**<br>**Frankfort, IL 60423** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **McCann**<br>**543 S. Rohlwing Road**<br>**Addison, IL 60101** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **New Holland Credit**<br>**P.O. Box 0507**<br>**Carol Stream, IL 60137-0507** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **United Construction Products**<br>**30 W. 435 N. Aurora Rd.**<br>**Naperville, IL 60563** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **American Dirtwerks**<br>**918 Arrowhead Dr.**<br>**Elwood, IL 60421** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Original Concrete Pumping Svc., Inc**<br>**840 Fairway Dr.**<br>**Bensenville, IL 60106** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Excel Waterproofing Service, Inc.**<br>**6662 W. 99th St.**<br>**Chicago Ridge, IL 60415** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Village of Shorewood**<br>**903 W. Jefferson St.**<br>**Shorewood, IL 60431-9705** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Coffman Truck Sales**<br>**c/o Mickey Wilson Weiler**<br>**P.O. Box 787**<br>**Aurora, IL 60507** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Cement Masons Union**<br>**c/o Donald Schwartz**<br>**19 W. Jackson Blvd.**<br>**Chicago, IL 60604** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Narvick Bros.**<br>**c/o Strufe & McClarey**<br>**313 S. Prairie Ave., P.O. Box 9**<br>**Dwight, IL 60420** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Virginia Surety Co., Inc.**<br>**1000 Milwaukee Ave.**<br>**Glenview, IL 60025** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Anthony Andrew Papandria** _____,     Case No. _____

                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **GLM Financial Group, Ltd.**<br>**20856 North Rand Rd.**<br>**Barrington, IL 60010** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Heritage, FS**<br>**c/o Jerome Shapiro**<br>**501 Lowe Rd.**<br>**Aroma Park, IL 60910** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Carpenter's Union**<br>**12 E. Erie St.**<br>**Chicago, IL 60611** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60606** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Illinois Dept. of Economic Security**<br>**Bankruptcy Unit, 3rd Floor**<br>**401 S. State St.**<br>**Chicago, IL 60605** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Grundy Redimix**<br>**P.O. Box 652**<br>**Morris, IL 60450** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **RTD Transport, Inc.**<br>**P.O. Box 73**<br>**Coal City, IL 60416** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **Coal City Trucking Co.**<br>**P.O. Box 116**<br>**Coal City, IL 60416** |
| **Michael O'Sullivan**<br>**10503 Oxford St.**<br>**Chicago Ridge, IL 60415** | **First Midwest Bank**<br>**410 W. Lockport St.**<br>**Plainfield, IL 60544** |
| **Norview Homes**<br>**Dissolved** | **Custom Design Systems, Inc.**<br>**P.O. Box 210**<br>**Oak Lawn, IL 60454** |
| **Norview Homes**<br>**Dissolved** | **McNaughton Realty, Inc.**<br>**123 E. Ogden Ave.**<br>**Ste. 202**<br>**Hinsdale, IL 60521** |

Sheet __**4**__ of __**6**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re    **Anthony Andrew Papandria**                                   ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Norview Homes**<br>**Dissolved** | **Upland Design, Ltd.**<br>**803 N. Bartlett Ave.**<br>**Plainfield, IL 60544** |
| **Norview Homes**<br>**Dissolved** | **Aca, Antonia**<br>**1217 Kings Kurst**<br>**West Chicago, IL 60185** |
| **Norview Homes**<br>**Dissolved** | **Cervantes, Jose**<br>**604 Landau Ave.**<br>**Joliet, IL 60432** |
| **Norview Homes**<br>**Dissolved** | **Aguilar, Juan**<br>**611 Richmond**<br>**Joliet, IL 60435** |
| **Norview Homes**<br>**Dissolved** | **Tello, Salvador**<br>**29 W. 532 County Ridge**<br>**Warrenville, IL 60555** |
| **Norview Homes**<br>**Dissolved** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60606** |
| **Team Concrete**<br>**Dissolved** | **Figura, Mark and Joy**<br>**1330 Citadel Dr.**<br>**Joliet, IL 60435** |
| **Team Concrete**<br>**Dissolved** | **Safeco Insurance**<br>**500 N. Meridian St.**<br>**Indianapolis, IN 46204-1275** |
| **Team Concrete**<br>**Dissolved** | **TH Davidson Readimix**<br>**10175 Vans Dr.**<br>**Frankfort, IL 60423** |
| **Team Concrete**<br>**Dissolved** | **McCann**<br>**543 S. Rohlwing Road**<br>**Addison, IL 60101** |
| **Team Concrete**<br>**Dissolved** | **New Holland Credit**<br>**P.O. Box 0507**<br>**Carol Stream, IL 60137-0507** |
| **Team Concrete**<br>**Dissolved** | **United Construction Products**<br>**30 W. 435 N. Aurora Rd.**<br>**Naperville, IL 60563** |
| **Team Concrete**<br>**Dissolved** | **American Dirtwerks**<br>**918 Arrowhead Dr.**<br>**Elwood, IL 60421** |

Sheet   **5**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Anthony Andrew Papandria**                                    ,   Case No. _____
                                                                 Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Team Concrete**<br>**Dissolved** | **Original Concrete Pumping Svc., Inc**<br>**840 Fairway Dr.**<br>**Bensenville, IL 60106** |
| **Team Concrete**<br>**Dissolved** | **Excel Waterproofing Service, Inc.**<br>**6662 W. 99th St.**<br>**Chicago Ridge, IL 60415** |
| **Team Concrete**<br>**Dissolved** | **Village of Shorewood**<br>**903 W. Jefferson St.**<br>**Shorewood, IL 60431-9705** |
| **Team Concrete**<br>**Dissolved** | **Coffman Truck Sales**<br>**c/o Mickey Wilson Weiler**<br>**P.O. Box 787**<br>**Aurora, IL 60507** |
| **Team Concrete**<br>**Dissolved** | **Narvick Bros.**<br>**c/o Strufe & McClarey**<br>**313 S. Prairie Ave., P.O. Box 9**<br>**Dwight, IL 60420** |
| **Team Concrete**<br>**Dissolved** | **Virginia Surety Co., Inc.**<br>**1000 Milwaukee Ave.**<br>**Glenview, IL 60025** |
| **Team Concrete**<br>**Dissolved** | **GLM Financial Group, Ltd.**<br>**20856 North Rand Rd.**<br>**Barrington, IL 60010** |
| **Team Concrete**<br>**Dissolved** | **Heritage, FS**<br>**c/o Jerome Shapiro**<br>**501 Lowe Rd.**<br>**Aroma Park, IL 60910** |
| **Team Concrete**<br>**Dissolved** | **Carpenter's Union**<br>**12 E. Erie St.**<br>**Chicago, IL 60611** |
| **Team Concrete**<br>**Dissolved** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60606** |

B6I (Official Form 6I) (12/07)

In re __Anthony Andrew Papandria_____   Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Child**<br>**Child**<br>**Child**<br>**Child** | AGE(S):<br>2<br>5<br>6<br>8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Consultant** | **Consultant** |
| Name of Employer | **ITAP Resources, Inc.** | **Beeana, Inc.** |
| How long employed | | |
| Address of Employer | **505 Bethany Dr.,**<br>**Shorewood, IL 60404** | **505 Bethany Dr.**<br>**Shorewood, IL 60404** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **6,898.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **6,898.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **0.00** | $ | **6,898.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **6,898.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Anthony Andrew Papandria** _____   Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,800.00 |
| a. Are real estate taxes included?        Yes __X__        No ___ | | |
| b. Is property insurance included?        Yes __X__        No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 320.00 |
| b. Water and sewer | $ | 160.00 |
| c. Telephone | $ | 285.00 |
| d. Other  **Cable/Internet** | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 90.00 |
| b. Life | $ | 150.00 |
| c. Health | $ | 1,400.00 |
| d. Auto | $ | 165.00 |
| e. Other  **Umbrella** | $ | 30.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 748.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,718.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,898.00 |
| b.    Average monthly expenses from Line 18 above | $ | 9,718.00 |
| c.    Monthly net income (a. minus b.) | $ | -2,820.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony Andrew Papandria**                           Case No. _____

                                    Debtor(s)       Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **52** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 29, 2008** _____        Signature    **/s/ Anthony Andrew Papandria** _____

                                                       **Anthony Andrew Papandria**
                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Anthony Andrew Papandria__                  Case No. _____

                                            Debtor(s)         Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,500.00** | **YTD  ITAP Resources, Inc.** |
| **$6,000.00** | **2007  ITAP Resources, Inc.** |
| **$6,000.00** | **2006  ITAP Resources, Inc.** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ford Motor Credit** | **2/15/08 and 3/19/08** | **$2,394.69** | **$17,570.19** |
| **Indy Mac Bank** | **2/19/08, 3/10/08** | **$10,109.62** | **$420,976.00** |
| **MECU Visa** | | **$1,559.24** | **$15,183.24** |

None
■

c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TH Davidson v. Team Concrete, Anthony Papandria, Edward Concannon and Michael O'Sullivan  05 L 656** | **Contract** | **Will County** | **Default judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Coffman Truck Sales Inc. v. Anthony Papandria and Team Concrete, Inc. 06 SC K 617** | **Collection** | **Kane County Circuit Court** | **Judgment satisfied** |
| **United Construction Products, Inc. v. Team Concrete2006 L 695** | **Collection** | **DuPage County Circuit Court** | **Judgment** |
| **Virginia Surety v Team Concrete 2006 L 006304** | **Collection** | **Cook Co., Illinois** | **Judgment** |
| **Heritage FS, Inc. v. Team Concrete, Anthlny Papandria, Eamon Concannon and Michael O'Sullivan 07 SC 8916** | **Collection** | **Will Co., Illinois** | **Judgment** |
| **Narvick Bros. Lumber Co. v. Team Concrete and Anthony Papandria Case No. 2006 LM 144** | **Collection** | **Grundy Co., Illinois** | **Judgment** |
| **CACH, LLC v. Tony Papandria FA0710001102979** | **Arbitration** | **National Arbitration Forum** | **Award** |
| **Deutsch Bank Nat'l Trust Co. as Trustee Under Pooling and Servicing Agreement Series Indx 2006-AR11, Assignee of MERS, Inc., Nominee for Indymac Bank, FSB v. Anthony Papndria, et al. 2007 CH 1794** | **Foreclosure on 505 Bethany Dr., Shorewood** | **Will Co., Illinois** | **Settled** |
| **American Home Mortgage Servcing, Inc. v. Mary Papandria, et al. 07 CH 1158** | **Foreclosure on 1908 Eisenhower Lane, Bolingbrook, IL** | **Will Co., Illinois** | **Judgment entered** |
| **Bank of New York as Trustee for Certificate Holders CWALT, Inc., Alt. Loan Truste 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 v. Papandria, et al. Case No. 07 CH 1273** | **Foreclosure on 1908 Eisenhower, Bolingbrrok** | **Will Co., IL** | **Judgment entered** |
| **First Midwest Bank v. Tony Papandria, Edward Concannon, Michael O'Sullivan and Team Concrete, Inc. Case No. 2007 L 50987** | **Collection** | **Cook County, Illinois, Law Division** | **Confession Judgment** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **New Holland Credit** | **5/2007** | **3 New Holland LS190 Skid Steers** |

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Holy Family Church** | | **weekly** | **Tithe** |

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Coman & Anderson, P.C.** **2525 Cabot Drive** **Suite 300** **Lisle, IL 60532** | **April 8, 2008** | **$2500.00 including filing fee** |

**10.  Other transfers**

None ■ a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Harris Bank** | | **Overdrawn -$947.50** |

**12.  Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

6

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                           DOCKET NUMBER               STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ITAP Resources** | **61579214** | | **Consulting** | **2001 - Involuntary dissolution 8/10/07** |
| **Norview Homes, Inc.** | **62365668** | | **Custom Home Builder** | **2002 - 2007** |
| **Norview Home Investments, Inc.** | **63002925** | | **Investing consulting** | **2003 - 2007** |
| **Team Concrete, Inc.** | **63049603** | | **Concrete placement** | **2003 - 2007** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED
**GLM Financial**                                      **2001 - present**

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED
**First Midwest Bank**


### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.


DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                              RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 29, 2008**                          Signature  **/s/ Anthony Andrew Papandria**

**Anthony Andrew Papandria**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Anthony Andrew Papandria**     Case No. _____

              Debtor(s)     Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2003 Ford Excursion Registered to ITAP Resources, Inc.** | **Ford Credit** | | | | **X** |
| **Location: 505 Bethany Drive, Shorewood IL** | **Indy Mac Bank** | | | | **X** |
| **Location: 505 Bethany Drive, Shorewood IL** | **Indy Mac Bank** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **April 29, 2008** _____     Signature    **/s/ Anthony Andrew Papandria** _____

                                                  **Anthony Andrew Papandria**

                                                  Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony Andrew Papandria**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,201.00 |
| Prior to the filing of this statement I have received | $ | 2,201.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 29, 2008**

**/s/ John A. Lipinsky**
**John A. Lipinsky 6207678**
**Coman & Anderson, P.C.**
**2525 Cabot Drive**
**Suite 300**
**Lisle, IL 60532**
**630/428-2660  Fax: 630/428-2549**
**jlipinsky@comananderson.com**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **John A. Lipinsky 6207678** | X **/s/ John A. Lipinsky** | **April 29, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**2525 Cabot Drive
Suite 300
Lisle, IL 60532
630/428-2660**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Anthony Andrew Papandria** | X **/s/ Anthony Andrew Papandria** | **April 29, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re __Anthony Andrew Papandria__

Debtor(s)

Case No. _____

Chapter __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **203**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __April 29, 2008__

__/s/ Anthony Andrew Papandria__

__Anthony Andrew Papandria__
Signature of Debtor

Aca, Antonia
1217 Kings Kurst
West Chicago, IL 60185

Advanced Physicians
16101 Weber Rd.
Crest Hill, IL 60403

Aguilar, Juan
611 Richmond
Joliet, IL 60435

American Dirtwerks
918 Arrowhead Dr.
Elwood, IL 60421

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 297812
Fort Lauderdale, FL 33329

American Home Mortgage Servicing
c/o Codilis & Assoc, P.C.
15W030 N. Frontage Rd., Ste. 100
Willowbrook, IL 60527

Americana Estates Homeowners Assn
123 E. Ogden Ave.
Ste. 202
Hinsdale, IL 60521

Anesthesia Cons. of Morris, LLC
P.O. Box 88271 Dept. A
Chicago, IL 60680-1271

Anthony J. Papandria
305 Greenfield Rd.
Shorewood, IL 60404

Associate Pathologists of Joliet
330 Madison St.
Ste. 200A
Joliet, IL 60435


AT&T
5020 Ash Grove Rd.
Springfield, IL 62711


Bank of America
P.O. box 15026
Wilmington, DE 19850-5026


Bank of America
4060 Ogletown Stan
Mil Code DES-019
Newark, DE 19713


Bank of New York
c/o Fisher & Shapiro, LLC
4201 Lake Cook Rd.
Northbrook, IL 60062-1060


Beeanna, Inc.
505 Bethany Dr.
Shorewood, IL 60404


BlueTek Blueprinting, Inc.
Ste. 1
12249 S. Rhea Dr.
Plainfield, IL 60544


Bozarth, Michael and Amy
500 Bethany
Shorewood, IL 60404


Buckingham Builders Corp.
13331 Ione St.
Plainfield, IL 60544


CAB Services, Inc
60 Barney Dr.
Joliet, IL 60435

Cach LLC
370 17th St. Ste. 5000
Denver, CO 80202


Carpenter's Union
12 E. Erie St.
Chicago, IL 60611


Carroll Distributing & Construction
205 S. Iowa Ave.
Ottumwa, IA 52501


Cement Masons Union
c/o Donald Schwartz
19 W. Jackson Blvd.
Chicago, IL 60604


Central DuPage Hospital
0N025 Winfield Rd.
Winfield, IL 60190


Central Illinois Conveying, Inc.
P.O. Box 652
Morris
Morris, IL 60450


Central Professional Group, Ltd.
210 N. Hammes
Ste. 103
Joliet, IL 60435


Century 21
1215 E. 9th St.
Lockport, IL 60441


Cervantes, Jose
604 Landau Ave.
Joliet, IL 60432


Cervantes, Ramon
513 Benton St.
Joliet, IL 60432

Chicago and NE Illinois District
Council of Carpenters
12 E. Erie St.
60611


Chicago Title Insurance Co.
2720 W. 111th St.
Ste. 302
Naperville, IL 60564


Chicago Title Insurance Co.
103 N. Ottawa St.
Joliet, IL 60432


Clincal Assoc. in Medicine, LLC
330 N. Madison St.
Ste 303
Joliet, IL 60435


CNH Capital
Dept. CH 10460
Palatine, IL 60055


CNH Capital
P.O. Box 1083
Evansville, IN 47706-1083


CNH Capital America LLC
233 Lake Ave.
Racine, WI 53403


CNH Capital America LLC
P.O. Box 292
Racine, WI 53401-0292


Coal City Trucking Co.
P.O. Box 116
Coal City, IL 60416


Coffman Truck Sales
c/o Mickey Wilson Weiler
P.O. Box 787
Aurora, IL 60507

Collection Co. of America
P.O. Box 806
Norwell, MA 02061-0806


Comcast
1711 E. Wilson St.
Batavia, IL 60510


ComEd
System Credit/Bankruptcy Dept.
2100 Swift Dr.
Oak Brook, IL 60523


Conseco Financial
P.O. Box 981206
El Paso, TX 79998-1206


Cook Co. State's Attorney
P.O. Box A3984
Chicago, IL 60690-3984


Corwin Medical Care, Ltd.
15722 S. Division St.
Ste. 142
Plainfield, IL 60544


Credit Colleciton Services
Two Wells Ave., Dept. 7250
Newton Center, MA 02459


Crossroads Equipment
24305 W. Riverside Dr.
Unit 1
Channahon, IL 60410


Custom Design Systems, Inc.
P.O. Box 210
Oak Lawn, IL 60454


Custom Dream Builders, Inc.
5920 W. 111th St.
Chicago Ridge, IL 60415


DBK and Associates

Dean Allen Builders
1347 Naper-Plainfield Rd.
Plainfield, IL 60544


Deerpath Orthoedic Surgical Ctr.
1051 W. Rt. 6
Morris, IL 60450


Deutsche Bank National Trust
c/o Law Office of Ira Nevel
175 N. Franklin, Ste. 201
Chicago, IL 60606


Discover Card
P.O. Box 30943
Salt Lake City, UT 84130


Discover Financial Services
P.O. Box 3008
New Albany, OH 43054-3008


Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE 19850-5316


Discover More Card
P.O. Box 30943
Salt Lake City, UT 84130


DJ Ortho
P.O. Box 515471
Los Angeles, CA 90051-6771


Doggett, Daniel and Nancy
516 Bethany
Joliet, IL 60431-0657


Eamon Concannon
9417 Tulley Ave.
Oak Lawn, IL 60534


Edward Concannon
9417 Tulley Ave.
Lyons, IL 60534

English, William
23722 W. McClintock
Channahon, IL 60410


Environmental Recycling & Disposal
2277 Moen Ave.
Joliet, IL 60436


Excel Waterproofing Service, Inc.
6662 W. 99th St.
Chicago Ridge, IL 60415


Faletto Floorworks
111 Illinois St.
Lemont, IL 60439


Figura, Mark and Joy
1330 Citadel Dr.
Joliet, IL 60435


First American Title Insurance Co.
56 N. Chicago St.
Joliet, IL 60432


First Midwest Bank
410 W. Lockport St.
Plainfield, IL 60544


Fisher & Shapiro, LLC
4201 Lake Cook Rd.
Northbrook, IL 60062-1060


Flores, Antonio
374 White Side Dr.
Joliet, IL 60435


Ford Credit
P.O. Box 537901
Livonia, MI 48153-7901


Fox River Builders, Ltd.
495 Prairie Knoll Dr.
Naperville, IL 60565

Future Diagonstics Group
254 N. Republic
Joliet, IL 60435


General Enterprises, Inc.
5309 Sunmeadow Dr.
Plainfield, IL 60544


GLM Financial Group, Ltd.
20856 North Rand Rd.
Barrington, IL 60010


GM Mastercard
P.O. Box 80082
Salinas, CA 93912-0082


Granados, Miguel
1329 S. 50 Ct.
Cicero, IL 60804


Grundy Redimix
P.O. Box 652
Morris, IL 60450


Hanover Insurance Group
c/o Credit Collection Services
Two Wells Ave., Dept. 9134
Newton Center, MA 02459


Harlem Furniture
WFNNB Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


Harris Bank
c/o Baron's Creditors Services Corp
155 Revere Dr., Ste. 9
Northbrook, IL 60062


Harris Plainfield
2251 Rt. 59
Plainfield, IL 60544

Harris, Al and Jane
910 Ridge Rd.
Shorewood, IL 60404


Hedges Clinic
222 Colorado Ave
Joliet, IL 60432


Heritage, FS
c/o Jerome Shapiro
501 Lowe Rd.
Aroma Park, IL 60910


HLB Mortgage
520 Broadhollow Rd.
Melville, NY 11747


HMD Trucking, Inc.
11301 Irving Park Rd.
Franklin Park, IL 60131


Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100


Home Depot/CBSD
P.O. Box 6497
Sioux Falls, SD 57117-6497


HSBC Bank
P.O. Box 98706
Las Vegas, NV 89193-8706


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC NV
P.O. Box 80053
Salinas, CA 93912-0053


HSBC Retail Services
P.O. Box 4144
Carol Stream, IL 60197-4144

I TAP
Dissolved corp.


Illinois American Water
110 N. Water Works Dr.
Belleville, IL 62223


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606


Illinois Dept. of Economic Security
Bankruptcy Unit, 3rd Floor
401 S. State St.
Chicago, IL 60605


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201


Illinois Truck & Equipment
320 Briscoe Dr.
Morris, IL 60450


Illinois Truck and Equipment
320 Briscoe Dr.
Morris, IL 60450


Indy Mac Bank
6900 Beatrice Dr.
Kalamazoo, MI 49009-9559


Indy Mac Bank
1 National City Pkwy.
Kalamazoo, MI 49009


IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


James Scott Custom Builders
1190 Washington St.
Bolingbrook, IL 60440

Kirby Construction Co.
P.O. Box 912
Mokena, IL 60448


Law Office of Eileen R. Fitzgerald
1561 Warren Ave.
Downers Grove, IL 60515


Lopez, Enrique
2727 Avers Ave.
Chicago, IL 60623


Lowes
GE Money Bank, Attn: Bankruptcy Dpt
P.O. Box 103104
Roswell, GA 30076


Lowes
P.O. Box 530914
Atlanta, GA 30353-0914


Lung, Deanette and Adrian
502 Bethany
Shorewood, IL 60404


Lyons Lumber
100 E. Washington St.
Joliet, IL 60432


Marten, Kelly


Martinez, Gregorio


Martinez, Jose Jesus
815 Otis Ave.
Joliet, IL 60436


Mary D's
9417 Tulley Ave.
Lyons, IL 60534

Mary Papandria
505 Bethany Dr.
Shorewood, IL 60404


McCann
543 S. Rohlwing Road
Addison, IL 60101


McNaughton Realty, Inc.
123 E. Ogden Ave.
Ste. 202
Hinsdale, IL 60521


MECU Visa
P.O. Box 30495
Tampa, FL 33630


Medical Business Bureau
P.O. Box 1219
Park Ridge, IL 60068-7219


Medical Business Bureau LLC
1175 Devin Dr., Ste. 171
Norton Shores, MI 49441


Medina, Gabriel
7919 S. Mayfield Ave.
Burbank, IL 60459


Menards
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521


Michael O'Sullivan
10503 Oxford St.
Chicago Ridge, IL 60415


Midstate Collection Solutions, Inc.
1711 S. Neil, 2nd Fl.
P.O. Box 3292
Champaign, IL 61826-3292

Motorola ECU
1205 E. Algonquin Rd.
Schaumburg, IL 60196


Narvick Bros.
c/o Strufe & McClarey
313 S. Prairie Ave., P.O. Box 9
Dwight, IL 60420


Nationwide Credit, Inc.
P.O. Box 740640
Atlanta, GA 30374-0640


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


New Holland Credit
P.O. Box 0507
Carol Stream, IL 60137-0507


New Holland Equipment Financing
CNH Capital, attn HRBK
233 Lake Ave.
Racine, WI 53403


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-8350


Nigro & Westfall PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Norview Builders
9417 Tulley Ave.
Lyons, IL 60534


Norview Home Investments
505 Bethany Dr.
Shorewood, IL 60404

Norview Homes
c/o Edward J. Concannon
9417 Tulley Ave.
Oak Lawn, IL 60534


Norview Homes
Dissolved


O'Sullivans Irish Pub &Restaurant
9417 Tulley Ave.
Lyons, IL 60534


Omnium Worldwide, Inc.
7171 Mercy Rd.
Omaha, NE 68106


Open Advance MRI Plainfield
P.O. Box 37293
Baltimore, MD 21297-3293


Original Concrete Pumping Svc., Inc
840 Fairway Dr.
Bensenville, IL 60106


Owens Supply
10025 Clow Creek Dr.
Plainfield, IL 60544


Ozinga Chicago
P.O. Box 16800
Chicago, IL 60616


Ozinga Corp.
15959 S. 108th Ave.
Orland Park, IL 60467


Ozinga Illinois
18825 S. Old Ln.
Mokena, IL 60448


Ozinga Readimix
504 Railroad Ave.
Joliet, IL 60436

Ozinga South Suburban Readimix
18825 S. 96th Ave.
Mokena, IL 60448


Ozinga Transportation
19015 Jodi Rd.
Mokena, IL 60448


P. Scott Lowery, P.C.
4500 Cherry Creek Dr. South
Suite 700-710
Denver, CO 80246


Papandria, Anthony & Judy
305 Greenfield Rd.
Shorewood, IL 60404


Pellettieri & Assoc. Ltd.
991 Oak Creek Dr.
Lombard, IL 60148-6408


Pizano, Jorge
1329 S. 50 Ct.
Cicero, IL 60804


Plainfield Signs
319 W. Main St.
Plainfield, IL 60544


Power by McGill
15200 Danpatch
Plainfield, IL 60544


Provena Home Care
991 Essington Rd.
Joliet, IL 60435


Provena St. Joseph Medical Ctr.
333 N. Madison St.
Joliet, IL 60435


Pullaru, Dr. Ragu
1122 Houbolt Rd.
Joliet, IL 60431

Pulluru, Dr. Raghu
106 Countryside D Parkway
Yorkville, IL 60560


Randall & Kenig, LLP
455 N. Cityfront 3160
Chicago, IL 60611


Rathbun, Cservenyak & Kozol LLC
618 W. Main St.
Plainfield, IL 60544


Rezin Orthopedics
c/o Midstate Collection Solutions
1711 S. Neil 2nd Fl.
Champaign, IL 61826-3292


Rezin Orthopedics
1051 W. Rte. 6
Ste. 100
Morris, IL 60450


Rezin Orthopedics
1051 W. Route 6
Ste. 100
Morris, IL 60450


Rollingwood of Shorewood
Homeowners Assn.
520 Bethany
Joliet, IL 60431


Royal American Homes
123 Ambassador Dr.
Ste. 151
Naperville, IL 60540


RTD Transport, Inc.
P.O. Box 73
Coal City, IL 60416


Ruane Construction
8771 Laraway Rd.
Frankfort, IL 60423

Ruettiger, Tonelli & Assoc., Inc.
2174 Oneida St.
Joliet, IL 60435


Safeco Insurance
500 N. Meridian St.
Indianapolis, IN 46204-1275


SBC
Law Dept.
225 W. Randolph, Ste. 27A
Chicago, IL 60606


Seigles
270 Industrial Dr.
Hampshire, IL 60140


Serna, Manuel
4522 N. Drake
Chicago, IL 60625


Shorewood-Troy Library
650 Deerwood Dr.
Joliet, IL 60431


Sierra Construction
116 N. May St.
Joliet, IL 60435


Singla, Dr. Abhin
330 N. Madison St.
Ste. 303
Joliet, IL 60435


Strufe & McCarey
313 S. Prairie Ave.
P.O. Box 9
Dwight, IL 60420


Strufe & McClarey
313 S. Prairie St.
P.O. Box 9
Dwight, IL 60420

Team Concrete
Dissolved


Team Concrete, Inc.
505 Bethany
Shorewood, IL 60404


Teller, Levit & Silvertrust, P.C.
11 E. Adams
Ste. 800
Chicago, IL 60603


Tello, Rodrigo
39 W. 532 County Ridge
Warrenville, IL 60555


Tello, Salvador
29 W. 532 County Ridge
Warrenville, IL 60555


TH Davidson Readimix
10175 Vans Dr.
Frankfort, IL 60423


The Hartford Insurance Group
P.O. Box 2907
Hartford, CT 06104-2907


Transport Twoing, Inc.
2615 Brandon Rd.
Joliet, IL 60436


TSYS Total Debt Management
P.O. Box 6700
Norcross, GA 30091-6700


Tyler Medical Services
525 Tyler Rd., Ste. J
Saint Charles, IL 60174-3363


United Construction Products
30 W. 435 N. Aurora Rd.
Naperville, IL 60563

Upland Design, Ltd.
803 N. Bartlett Ave.
Plainfield, IL 60544


Van Ru Credit Corp.
10024 Skokie Blvd.
Skokie, IL 60077


Village of Bolingbrook
375 W. Briarcliff Rd.
Bolingbrook, IL 60440


Village of Downers Grove
801 Burlington Ave.
Downers Grove, IL 60515


Village of Palos Park
8999 W. 123rd ST.
Palos Park, IL 60464


Village of Plainfield
24401 W. Lockport St.
Plainfield, IL 60544


Village of Shorewood
903 W. Jefferson St.
Shorewood, IL 60431-9705


Virginia Surety Co., Inc.
1000 Milwaukee Ave.
Glenview, IL 60025


Vital Care Physical Therapy
1051 W. U.S. Rte. 6
Ste. 400
Morris, IL 60450


Welsch Redimix
806 Gardner St.
Joliet, IL 60433


West Chicago Chiropractic
171-A N. Neltonor Blvd.
West Chicago, IL 60185

```
Willie Bros. Co.
c/o Recovery Concepts
125 E. Belt Line Rd.
Carrollton, TX 75006


World Financial Newtork Nat'l Bank
P.O. Box 182124
Columbus, OH 43218-2125


Worsley, Douglas & Mary Jane
504 Bethany Dr.
Shorewood, IL 60404
```